# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Joe W. Meyer
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Internal Revenue Service JM
~~U.S. Government~~ - IRS
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 5:23-CV-4008-LTS-KEM
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Joe W. Meyer
   Street Address: 3229 Sycamore Terrace Apt. 2
   City and County: Sioux City  Woodbury
   State and Zip Code: Iowa  51104
   Telephone Number: 515-537-6746
   E-mail Address: ljbualc@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Internal Revenue Service
- Job or Title (if known):
- Street Address: 3651 South Interregional Highway 35
- City and County: Austin, Travis
- State and Zip Code: Texas 78741
- Telephone Number: 800-829-1040
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case. **U.S. Government Defendant**

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

  b.  If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

  *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

  The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

From tax years 2012 to the current, I have been attempting to recover credits from my business expenses. The IRS has refused to issue my refund, despite my compliance with the laws. Additional pages attached.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

III. Statement of Claim

In tax year 2013 I filed my business taxes. I had a NOL. In tax year 2014 I carried forward the NOL, or net operating loss, and filed my form 1040 claiming the NOL as a credit in the amount of $71,971 under EITC. United States Code Title 26, Internal Revenue Code Sec. 39(a), Carryforward of Unused Credit, USC 26 IRC Sec. 31(b)(2) Subpart C – Refundable Credits, Sec. 32 Earned Income, Sec. 32(a) Allowance of Credit.

The IRS then sent me a letter with an agreement to accept all expenses, pay tax on my business sales, and charge me $1,894.80 for an accuracy related fee. I accepted the agreement and sent it back within the required time frame, under the impression that if I pay sales tax, then I would receive credit for the deductions, as I had previously filed. I waited a few more weeks, and still no payment.

They then wrote me back, and said I must carryback the NOL, then carry it forward and file a form 1045, Tentative Claim for refund.

I applied for a Tentative Carryback Claim, claiming an amount of $68,069 under EITC or EIC. They then sent me a letter saying they processed my request for adjustment, made an adjustment to my NOL, and that I should update my records to reflect the changes.

I waited ninety days, per IRS instructions, to receive my payment for my Carryback Claim for refund, yet nothing came. I then sent a letter to the IRS stating that I am still awaiting payment of $68,069.

They responded and asked me to explain the amount being claimed.

I then sent another form 1045 Application for Tentative refund with the updated NOL carryover, quoting sections from the IRS manual and explaining the EITC or EIC being claimed. I also stated that I

would not have originally accepted paying taxes on my sales if I didn't think I would be able to claim my expenses as a credit.

They then sent me a letter saying they received my application for a refund and they needed more information. They also wrote "You cannot get $109,921 in EITC or EIC", on my application, even though the law states the EIC or EITC business credit may be carried forward for twenty years and claimed as a refundable credit.

The IRS also said in that letter that I would need to send a 1040X. I complied and send in the amended form 1040X, per IRS instructions on May 3rd, 2017, yet I still never received any payment.

Then, on June 30th, 2017, the IRS wrote me again saying that they had distributed one of my net operating losses into the years 2015, 2016, and 2017. The IRS didn't mention anything about the payment.

Unaware of current laws and procedures, I simply began carrying forward my NOL's on my then current returns. I consulted with a couple different attorneys and they all said that they wouldn't be able to assist. About three months ago, I discovered the current law and procedures for this case, and that is how I am moving forward on this matter.

IV. Relief

1. Actual, compensatory
2. Amount demanded
    a. $ 221,736.80

The amount demanded in this complaint is an amount of $221,736.80 , of actual, compensatory damages or losses. This amount includes the amounts that were never paid to me under the laws in the amounts of $68,069 and $109,921. The final amount also includes an additional amount of $109,921, which is the amount that I lost from not receiving my payment in year 2016 from a standard seven year savings bond investment plus other business ventures that I missed out on among other things. United States Code Title 26 §165 Losses , United States Code Title 26, Internal Revenue Code Sec. 39(a), Carryforward of Unused Credit, USC 26 IRC Sec. 31(b)(2) Subpart C – Refundable Credits, Sec. 32 Earned Income, Sec. 32(a) Allowance of Credit.

$221,736.80 actual compensatory.   Page attached

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-16-23

Signature of Plaintiff: Joe W Meyer
Printed Name of Plaintiff: Joe W. Meyer

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

1. Supporting Documentation

    A. United States Code Title 26 Subchapter B – Limitations on credit or refund.

        § 6511 Limitations on credit or refund

            (a) Period of limitations on filing a claim within two years from the time the tax was paid.

            (d) Special rules applicable to income taxes

                (1) Seven year period of limitation with respect to bad debts and worthless securities.

                (3) Special rules relating to foreign tax credit

                    (A) Special period of limitation with respect to foreign taxes paid or accrued

                        - The period shall be ten years from the date prescribed by law.

    B. United States Code Title 28

        § 2401 Time for commencing action against the United States.

            -Filed within 6 years after the right of action first accrues.

        § 1658 Time limitations on the commencement of civil actions arising under Acts of Congress

            (a) A private right of action that involves a claim of fraud, deceit, or manipulation

                (1) 2 years after the discovery of the facts constituting the violation

C. As there is no federal statute of limitations for § 1983 claims, I believe that this case is covered under similar statutes. In this case, federal law is silent on the issue of refunding my credit, also proving that there is deceit within these laws.

It has only been four months since I had discovered the deceit within this government system, allowing me to pursue this suit. Well within the two year period as stated above. My last contact with the IRS regarding this claim was around April 20th, 2017, as this would be the time that the right of action would start to accrue. This is within the 6 year time period for commencing action against the United States. I believe that I am within the statutes to to proceed.

I am currently still paying tax on my sales from 2013. I have been on an installment agreement with the IRS, and the tax should be paid off within two years.