IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

RECEIVED
MAY 0 5 2023
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

Joe W. Meyer

Plaintiff,

Case No. 5:23-cv-4008-LTS-KEM

vs.

Internal Revenue Service

Defendant.

## REQUEST FOR ENTRY OF DEFAULT

Comes now, Joe W. Meyer, and hereby requests the Clerk of Court to enter a default judgement against the defendant, Internal Revenue Service, on the basis that the record in this case demonstrates that there had been a failure to plead or otherwise defend as provided by Rule 55(a) of United States Code Title 28 of the Federal Rules of Civil Procedure.

5/5/2023
Date

Joe W. Meyer
3229 Sycamore Terrace
Apartment 2
Sioux City, Iowa 51104
515-537-6746
Ljbua1c@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

RECEIVED

MAY 05 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

Joe W. Meyer

Plaintiff

vs.

Case No. 5:23-cv-4008-LTS-KEM

Internal Revenue Service

Defendant

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Joe W. Meyer, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the plaintiff in this action.

2. A complaint was filed on 2/17/2023 and service of process was had on the defendant on 2/27/2023.



3. More than sixty (60) days have elapsed since the defendant in this action was served, and the defendant has failed to plead or otherwise defend as provided by Rule 55(a) of the United States Code Title 28 of the Federal Rules of Civil Procedure.

Sworn to and subscribed before me this 5th day of May, 2023.

_Breanna K. Cejka_
Notary Public

Breanna K. Cejka
Commission Number 844163
My Commission Expires
November 29, 2025

5/5/2023 _Joe W. Meyer_

Joe W. Meyer

3229 Sycamore Terrace

Apartment 2

Sioux City, Iowa 51104

515-537-6746

Ljbua1c@gmail.com