IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| JOE W. MEYER,<br><br>      Plaintiff,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE,<br><br>      Defendant. | No. 23-CV-4008-LTS-KEM<br><br>**ORDER** |

Joe W. Meyer moves to extend the deadline to submit a proposed scheduling order and discovery plan for 60 days. Doc. 10. The court recently set a deadline for Defendant Internal Revenue Service to respond in this case. Doc. 9. Accordingly, the court finds the deadline to submit a proposed scheduling order and discovery plan should be extended.

The court **GRANTS IN PART** Plaintiff's motion to extend (Doc. 10), and extends the deadline to submit a proposed scheduling order and discovery plan to **August 25, 2023**.

**SO ORDERED** on May 26, 2023.

*Kelly K.E. Mahoney*
Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa