IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

Joe W. Meyer                                    Case No. 5:23-cv-4008-LTS-KEM

    Plaintiff,

vs.

United States of America

    Defendant.

---

**Statement of Material Facts in Support of Summary Judgement**

**AMENDED**

1. I, the plaintiff, have allowed business expenses from self-employment. Please see form 4549.

2. I, the plaintiff, have had correspondence with the IRS regarding them not issuing my refund. Please see letters 216C for 5/12/2016, 662c for 7,07/2016, Doc 30 pg. 28, 672c, 216c for 4/20/2016, 474c, 662c for 10/11/2016.

3. I, the plaintiff, have filed all the correct and required forms in order to receive my refund under the current law. I am due a refund in the amount of $109,921.00. Please see forms 1045 tax year 2015, forms 1040 tax year 2013, forms 1040x tax year 2013, forms 1040x tax year 2015, form 1040 for tax year 2015.

4. Please also see United States codes that are relevant to this case. Please see U.S.C. Title 26 IRC Sec. 39(a), carryforward of unused credit, and USC 26 § 32 (a)(1) which governs the allowance of the earned income tax credit. 26 USC § 32 (a). It means that an eligible individual may claim a credit equal to the earned income amount, but nothing more. Earned Income may also come from net earnings from self-employment. Please see 26 U.S.C. §32 (c)(2) Earned Income (A)(ii) the amount of the taxpayer's net earnings from self-employment for the taxable year.

5. I will be demanding the additional amount of $109,921. This amount will include lost business opportunities that I accrued as a result of the IRS's, being sued as the United States of America, reckless or intentional or neglectful actions that caused direct economic damages by not issuing my refund in a timely manner. Please see 26 USC § 7433 Civil Damages for certain unauthorized collection actions (a) in general (b) damages (1), or 26 USC § 7433 (a)(b)(1)(2). Please also refer to 26 USC §165 (a)(f) , and 26 USC §6402. I have also included items that can be found on the Woodbury County Assessor's website, https://www.woodburycountyiowa.gov/assessor_county/, noting the price increases from 2015 to 2023. These items are listed in the appendix.

6. I am due a refund in the amount of $109,921.00, from my filed Form 1045's tax year 2015, signed 5/16/16, and 8/1/16.

6/18/24
Date

*Joe Meyer*

Joe W. Meyer
14 Terra Alta Court
Sioux City, Iowa 51104
515-537-6746
Ljbua1c@gmail.com